FILED

2010 JUL 20 PM 1: 35

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:                      )    CHAPTER 13
                          )    CASE NO: **03-54512**

**JIMMIE NEAL WEST**        )
**VICKIE LEE WEST**          )    MARILYN SHEA-STONUM
                          )    BANKRUPTCY JUDGE
            Debtor(s)   )
                          )    TRANSMITTAL OF UNCLAIMED FUNDS

----

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **VERIZON WIRELESS**
   **Check No. 745472**
   **Claim #009**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $5.67 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **7/16/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*Ck # 755527*

*receipt # 81626*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**JIMMIE NEAL WEST**
**4261 AMERICANA DR #216**
**STOW, OH 44224**
**(Via Regular Mail)**

**VICKIE LEE WEST**
**4261 AMERICANA DR #216**
**STOW, OH 44224**
**(Via Regular Mail)**

**ROBERT M WHITTINGTON (via ECF)**

**VERIZON WIRELESS**
**1515 WOODFIELD RD**
**SUITE 14, BANKRUPTCY**
**SCHAUMBURG, IL 60173**
**(via Regular Mail)**

Date of Service: **7/16/2010**

By: **JoAnn Romig**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com